IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| TIMOTHY FRUM<br><br>　　　Plaintiff<br><br>vs.<br><br>GLOBAL CREDIT AND COLLECTION CORPORATION<br><br>　　　Defendant | CIVIL ACTION NO.: 2:10-CV-00370-DSC |

## STIPULATION OF DISMISSAL

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as dismissed, with prejudice. Each party shall be responsible for paying their own costs, expenses and attorney fees.


LEGAL HELPERS, P.C.

/s/ Richard J. Meier
Richard J. Meier, Esquire
233 S. Wacker Drive, Suite 5150
Chicago, IL  60606
E-Mail:  rjm@legalhelpers.com
Attorney for Plaintiff

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
11300 Rockville Pike, Suite 1200
Rockville, MD 20852
Telephone:  301-770-7490
Facsimile:  301-770-7493
E-Mail:  rcanter@roncanterllc.com
Attorney for Defendant