IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| TIMOTHY FRUM<br><br>    Plaintiff<br><br>vs.<br><br>GLOBAL CREDIT AND COLLECTION CORPORATION<br><br>    Defendant | CIVIL ACTION NO.: 2:10-CV-00370-DSC |

## STIPULATION OF DISMISSAL

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as dismissed, with prejudice. Each party shall be responsible for paying their own costs, expenses and attorney fees.

| LEGAL HELPERS, P.C. | THE LAW OFFICES OF RONALD S. CANTER, LLC |
|---|---|
| /s/ Richard J. Meier | /s/ Ronald S. Canter |
| Richard J. Meier, Esquire<br>233 S. Wacker Drive, Suite 5150<br>Chicago, IL 60606<br>E-Mail: rjm@legalhelpers.com<br>Attorney for Plaintiff | Ronald S. Canter, Esquire<br>11300 Rockville Pike, Suite 1200<br>Rockville, MD 20852<br>Telephone: 301-770-7490<br>Facsimile: 301-770-7493<br>E-Mail: rcanter@roncanterllc.com<br>Attorney for Defendant |

AND NOW, this 4th day of August, 20 10
IT IS SO ORDERED.

s/ David Stewart Cercone
UNITED STATES DISTRICT JUDGE

1